IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0287
_____

IN RE THE MATTER OF THE GUARDIANSHIP OF L.R.T.S.:

ECHO RENE SIMS,

       Respondent and Appellant,             O R D E R

  and

DAVID MARK SAMMONS,

       Petitioner and Appellee.
_____

Appellant Echo Rene Sims moves to consolidate cases DA 22-0287 and DA 22-0288. With good cause having been shown,

IT IS THEREFORE ORDERED that Echo's Motion is granted. The two appeals are consolidated Cause No. DA 22-0287.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2022